UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
MAY 1 2 2006
CLERK

```
****************************************************************
                                    *
CITY OF LIVONIA EMPLOYEES'          *    CIV 05-4178
RETIREMENT SYSTEM, on behalf of     *
itself and all others similarly situated and *
derivatively on behalf of           *
NORTHWESTERN CORPORATION,           *
d/b/a NORTHWESTERN ENERGY,          *
                                    *
            Plaintiff,              *
                                    *
     -and-                          *
                                    *
HARBINGER CAPITAL PARTNERS          *
MASTER FUND I, LTD.,                *    ORDER
                                    *
            Plaintiff-Intervenor,   *
                                    *
     -vs-                           *
                                    *
MICHAEL J. HANSON; E. LINN          *
DRAPER, JR.; STEPHEN P. ADKI;       *
JON S. FOSSEL; JULIA L. JOHNSON;    *
PHILLIP L. MASLOWE; and             *
D. LOUIS PEOPLES,                   *
                                    *
            Defendants,             *
                                    *
     and                            *
                                    *
NORTHWESTERN CORPORATION,           *
d/b/a NORTHWESTERN ENERGY, a        *
Delaware corporation,               *
                                    *
            Nominal Defendant.      *
                                    *
****************************************************************
```

Defendants filed a Motion to Dismiss the Second Amended Complaint, Doc. 329, and a Motion to Shorten Briefing Schedule for Defendants' Motion to Dismiss, Doc. 331. Defendants previously filed a Motion to Dismiss the First Amended Complaint, Doc. 121. Plaintiff was then

granted permission to file a Second Amended Complaint and Defendants have filed a Motion to Dismiss the Second Amended Complaint, Doc. 329, relying in part on the briefs (Docs. 122 and 185) that supported the prior motion. The filing of the Second Amended Complaint and the new Motion to Dismiss render the Motion to Dismiss the First Amended Complaint moot and it will be denied. Accordingly,

IT IS ORDERED:

1. That Defendants' Motion to Dismiss, Doc. 121, is denied as moot.

2. That Defendants' Motion to Shorten Briefing Schedule for Defendants' Motion to Dismiss, Doc. 331, is granted. Plaintiff shall file and serve a response to Defendants' Motion to Dismiss, Doc. 329, on or before 5:00 p.m. central standard time on May 16, 2006.

Dated this 12 day of May, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
DEPUTY

2